FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 22 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 5:10CV00182 JMM/JTK        Jury Trial: ☑ Yes ☐ No
                                     (Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Eddie E. Briley, Jr
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Tyler

Position: Major

Place of employment: Jefferson County Jail

Address: 300 E 2nd Pine Bluff, AR 71601

Name of defendant: ED Adams

Position: Captain

Place of employment: Jefferson County Jail

Address: 300 E 2nd, Pine Bluff, AR 71601

Name of defendant: Bunting

Position: Deputy

Place of employment: Jefferson County Jail

Address: 300 E 2nd Pine Bluff, AR 71601

Name of defendant: Johnson

Position: Deputy

Place of employment: Jefferson County Jail

Address: 300 E 2nd Pine Bluff, AR 71601

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ✓

    B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐  Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

        ☐  Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _Jefferson County Jail_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

   ✓ in jail and still awaiting trial on pending criminal charges

   ___ serving a sentence as a result of a judgment of conviction

   ___ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   . Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes ✓  No ___

   . Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

   Yes ✓  No ___

   If not, why? _____

VII. Statement of Claim:

Claim #1:

On May 8, 2010 Deputy Bunting excessively maced and maliciously choked slammed me to the floor, which I could not breath as a result of him choking me and my nose and mouth was busted-bleeding And A knot was put on my forehead behind Mr. Bunting excessive and malice actions.

Bunting entered Misdaminor 1 And yelled count time. He counted and came to the day room table I was at playing chess and told me to take off my du-RAG And give it to him. I ignored Bunting and he grabed his mace and told me "I'll take it off for you" Which he reached and I moved my head from his reach and was sprayed. I got up and walked for the shower which he followed and continued to spray the mace at the back of my head all while demanding that I give him the du-RAG. Suddenly I was grabbed by him and put in A super Choke hold and slammed to the floor. Which prior to I was put in handcuffs by either Sgt. Deberry, Deputy Rome or Jones. My du-RAG was taken and never seen again.

Captain Adams And Major Tyler were informed of this Deputies Miss-use of ~~Authorized~~ Authority.

Claim #2:

On May 28, 2010 Deputy Johnson (excessively and) maliciously sprayed mace in my cell for refusing to give her the lunch tray she put on the floor, which was still at the opening of the door were she put it.

Deputy Johnson opened my cell and not food trap door and yelled chow in set the food tray on the floor. She came back to my cell later for the tray, I refused to eat or give it to her. Which the tray was were she put it. She then left and came back an opened the foodtrap and demanded that I give her the tray, I refused and told her I wanted to see the Sergeant. Mace was then sprayed in my cell at me through the trap. Which this Deputy sprayed and sprayed then slammed the trap shut. She stood at the door an watched me beat on the door an scream I can't breath for minutes before she radioed for officers' to come to C-pod. Deputy Butler and Nelson responded and she left screaming he should have got out the bed and got his tray. As a result of the mace being put in my cell I could not breath; which in turn hurt my mental and physical state tremendously.

Tyler and Adams after being notified of the May 28, 2010 incident did nothing to prevent the escalating problem with there deputies mis-use of force and authority when they had the

Power to prevent and/or stop there Deputies Actions.

Claim #3

I've been denied to use the law library on a concise-regular bases by Major Tyler And Capt. Adams who have restricted the law library access to (1) one hour every visit which is every 2 to 3 weeks I am allowed in the library. Whenever my hour to use the library come I am not Allowed to print cases, forms or the etc nor Are I to use the law books they - Tyler And Adams have. At no time is the law library open on the weekend - Saturday or Sunday. I've wrote and even verbally spoke with Tyler And Adams on numerous occassions about this which I even beg them to do something because I had to do some serious research on my Civil And Criminal cases which they ignored me all togather.

VIII. Relief:

I want the Court to Award me $15,000 in punitive And compensatory damages for these defendants deliberately indifference to my constitutional rights, in which by them doing caused me mental, physical and emotional discomfort And Anguish.

I declare under penalty of perjury (18 U.S.C 1621) that the foregoing is true and correct.

Executed on this 15 day of June, 2010. Goldie Betz

TO: **MAJOR TYLER**

## DETAINEE GRIEVANCE/CARE REQUEST FORM

Detainee's Name: Eddie Briley

Date: June 9, 2010

Cell Number, Barrack's Number: C-105

Time: ___

### NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

### NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

On 5-28-10 my tray was sit on the floor then I was maced. While confined to a 1 man cell in C-pod by Deputy Johnson. I sought a investigation and for the Deputy to Reprimanded for her ill actions. However this issue haven't been investigated nor have this Deputy been Reprimanded for her ill actions.

Which I seek to know why because Deputy Nelson and Butler gave me a shower and moved me out the cell cuz it was mace in it. I want her Reprimanded for the above.

Detainee's Signature: Eddie Briley

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

6-9-10 Capt. Adams has already advised you that this matter had been handled.

Major Tyler

To: MAJOR TYLER

## DETAINEE GRIEVANCE/CARE REQUEST FORM

Eddie Briley
Detainee's Name

June 8, 2010
Date

C-105
Cell Number, Barrack's Number

_____
Time

### NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

### NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

I wrote numerous grievances on a 5-28-10 incident with Officer Johnson who put my lunch tray on the floor and opened up the door trap and began macing me for refusing to give her the tray that she sit on the floor. I kicked and hit on the door to she stopped macing me and radioed from officers to come to C-pod which Deputy Nelson an Butler came and she told them that she put the tray on the floor. I want this investigated and for the officer to be reprimanded which Judy stated that it was, However I haven't received Baker's findings yet.

Eddie Briley
Detainee's Signature

I just want her disciplined for what she done.

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

06-08-10 You will not receive a copy of Lt. Baker's findings.

Major Tyler

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Detainee's Name: Eddie Briley

Date: 5-24-10

Cell Number, Barrack's Number: DOC

Time: _____

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

On 5-8-10 I was sitting at the table with my du Rag on playing chess with Kevin Brazell when officer Bunting came in and told me to take off my du Rag. I did not respond and he said I'll take it off. He reached for my head and I moved my head. When I did this he maced me in my eyes and face with the mace he held in his hand all the time. I got up an tried to get to the shower, he continued to mace me to the back of my head he then grabbed me around my neck, was choking me while trying to throw me to the floor by my neck which he did. Sgt. Debarry, Jones and Rome assisted this officer.

"I've wrote numerous grievances' on this incident which I simply seek to Recieve this Grievance and Now What was officer Bunting Punishment Because Capt. Adams Stated on 5-21-10 that he Repomended this officer."

Detainee's Signature: Eddie Bri[ley]

DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.

[Left margin handwritten note:]
you wrote only that One grievance and I had Capt. Adams to talk you about the matter. I have the grievance stating you spoke to Capt. Adams. I will send you a copy.

[Bottom handwritten note, dated 5/26/10:]
You didn't get the grievance back because you spoke with Capt. Adams one on one. If you wanted to know what his punishment was, you should have asked Capt. Adams when you was in his office. I don't know...

# DETAINEE GRIEVANCE/CARE REQUEST FORM

**Eddie Briley**
Detainee's Name

**5-24-10**
Date

**Doc**
Cell Number, Barrack's Number

_____
Time

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. <u>Please do not use more than the space provided at the bottom of this form.</u>

5-8-10 I was brutelly assulted by Officer Bunting, who maced and slammed me to the floor by my neck for not taking my du Rag off.

I wrote Grievance after Grievance on this matter but I've yet to recieve any Grievance back stating what was done to the officer for his actions. However Cpt. Adams on 5-21-10 did acknowledge as well as inform me that the Officer was Reprimended for his actions.

I seek a copy of the filed Grievance I wrote on this matter in for to know what was the officers' punishment.

**Eddie Briley**
Detainee's Signature

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

5/26/10 Brown - You can into Capt. Adams office on 5/21/10. Capt. Adam told you that the officer was reprimended for his actions. What more can I tell you.

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Eddie Briley _____   5-19-10 _____
Detainee's Name              Date

DC — _____   _____
Cell Number, Barrack's Number    Time

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

5/8/10 I was sitting at the table with my du rag on playing cards with Kevin Brazell when officer Bunting came in and told me to take off my du rag. I did not respond and he said to take it off. He reached for my head and moved my cap. When I did this he sprayed me with mace in my eyes and all over my face with the mace he had in his hand all the time. I got up and tried to get to the shower he continued to mace the back of my head but when I continued to walk to the shower he grabbed me around my neck and was choking me while trying to throw me to the floor by my neck. Sgt. Deberry, Jones and Rome rushed in slamming me to the floor. This brutality was done to me b/c I didn't remove my do rag. I've wrote grievances on this matter already where as I seek a full investigation into this matter and for this officer to be reprimanded for his actions.

Eddie Briley
Detainee's Signature

DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.

Spoke with Capt. Adams on this matter 5/21/10 Approved
(Capt)

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Detainee's Name: Eddie Bailey

Date: June 10, 2010

Cell Number, Barrack's Number: C-105

Time: ___

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

On 5-8-10 and then again on 5-28-10 force was excessively used on me by Deputy Bunting and Johnson. I've wrote grievances on these Deputies unethically and morally wrong actions to Capt. Adams and Major Tyler about the institutional Deputies maliciously use of force which both have knowingly set back after being notified of these Deputies maliciously and unnecessary use of force on me. Neither of these Deputies have being reprimended nor have there being any attempt by the higher ups of this jail to stop the malicious actions of there deputies.

Detainee's Signature: Eddie Bailey

DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.

You was told on 2 or 3 times that this matter had been handled.
6/11/10 JBromley

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Eddie Briley
Detainee's Name

June 10, 2010
Date

C-105
Cell Number, Barrack's Number

Time

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

Is that my legal binding Right to Access to the court has and is being impeded by the law librarian of the Dub Brassell institute solely because I am not allowed to use the law materials on any basis and when I am allowed to use the law material I am giving (1) one hour to do research and etc, which is not sufficient time to do so. I am not permitted to have cases or the etc printed during the permitted hour. I move to Notify Chief Bolin and Major Cpt. Adams of this deliberate violation of my state & Federally protected Right.

Eddie Briley
Detainee's Signature

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

6/11/10
JBrimsly

You have been in the law Library this month. I have other detainee that have to use the computer as well. I have some detainee that haven't never used the computer before so you'll have to wait.

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Detainee's Name: Eddie Briley

Date: June 13, 2010

Cell Number, Barrack's Number: C-105

Time: 

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

My Compliant is against the law library Supervisor who on 6-11-10 wrote in response to a grievance that I had used the law library this - June month which I haven't and records will reflect that. The records will also show that the law library is used only 2 to maybe 4 hours a day which isn't everyday but whenever the law library overseer permits, which she/he rarely allow detainers in it on Friday and never is it open on the weekend. Whereas I am being denied of my legally binding constitutional right to the court. Whereas I move for an investigation into the running of the law library in which I want either Major Tyler, Chief Bolin or Adams to correct this indifference to my constitutional right.

Detainee's Signature: Eddie B

DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.

6/14/10 I've being denied to print cases & etc.

6/14/10 Well you would need to address this to Major Tyler. Because you're not the only detainee that have to use the law

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Eelelia Briley
Detainee's Name

6-3-10
Date

C-105
Cell Number, Barrack's Number

_____
Time

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

I've wrote numerous grievances since 5-28-10 or 5-29-10 on Officer Johnson for putting my tray on the floor to her opening up the food trap and macing me for not giving her the tray that I wasn't gone eat. I don't know why but I haven't got any grievance back on this terribly incident. I basicially want to know is the matter being investigated because officer Nelson and Butler let me out the cell and take a shower. I just want this Deputy reprimanded for her ~~inden~~ indecent act.

Eelelia Briley
Detainee's Signature

DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.

Yes, This is being investigated (Per. LT. Baker) 6/4/10

Johnson