In the United States District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 29 2010
JAMES W. McCORMACK, CLERK
DEP CLERK

Eddie Briley                                      Plaintiff

    V       Case no: 5:10-cv-182

Tyra Tyler, et al.                                Defendants

## Interrogatory

Come now the Plaintiff Eddie Briley, Jr and for my interrogatories to Katesha Johnson, respectfully state the following:

Interrogatory No. 1. Katesha Johnson are it part of the Jail custom and policy to use chemical agent on detainers if they refuse to obey staff orders?

Interrogatory No. 2. On May 28, 2010 did you in fact serve lunch to C-pod and to me and those others that was on lockdown?

Interrogatory No. 3. Where did you put my lunch tray on May 28, 2010, when I was asleep in bed.

Interrogatory No. 4. Did you in fact use mace, your Jail issued Chemical agent (mace) on Eddie Briley for not handing you his lunch tray through the Beanhole in the door?

Interrogatory No. 5: When you, Ms. Johnson sprayed the mace didn't you have to call for back up in which Deputy Butler and Deputy Nelson came to assist you?

Interrogatory No. 6: Do you know if I recieved a shower?

Interrogatory No. 7: Did you do a report on your use of force on Eddie Briley? You macing him?

Interrogatory No. 8: Ketesha Johnson please explain in great detail why did you in fact use mace on Eddie Briley on May 28, 2010?

Eddie Briley