IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY, JR.**                                                                                              **PLAINTIFF**

v.                                        CASE NO. 5:10-CV-00182 JMM/JTK

**TYRA TYLER, et al**                                                                                          **DEFENDANTS**

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

NOTICE is hereby given that discovery responses have been served upon the Plaintiff, at the address indicated below in the Certificate of Service, with respect to the Plaintiff's Interrogatories to Katesha Johnson (DOC 11), Interrogatories to Gary Bunting (DOC 12), and Plaintiff's Motion for Discovery (DOC 13) filed with the Court on September 29, 2010, on this 12th day of October, 2010.

                                         Respectfully submitted,


                                  By:   /s/ Nick R. Windle
                                         Nick R. Windle, Bar No. 2010060
                                         Attorney for Defendants
                                         P.O. Box 1558
                                         Hot Springs, AR 71902-1558
                                         (501) 624-7555
                                         Fax (501) 624-7575
                                         **aperma@hotspringslaw.net**

                                         C. Burt Newell, Bar No. 82118
                                         Attorney for Defendants
                                         P.O. Box 1620
                                         Hot Springs, AR 71902-1620
                                         (501) 321-2222
                                         Fax (501) 624-0533
                                         **aperma@hotspringslaw.net**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CME/ECF participants:

Eddie Briley, ADC #116921
Grimes Unit
300 Corrections Drive
Newport, AR 72117

                                            **By:**  /s/ Nick R. Windle
                                                 Nick R. Windle, Bar No. 2010060