**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

EDDIE E. BRILEY, JR.,
ADC #116921                                                                                        PLAINTIFF

v.                                          5:10-cv-00182-JMM-JTK

MAJOR TYLER, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff's Motion for Discovery (Doc. No. 13) is actually a request for discovery from

Defendants, and should be re-docketed as such.

IT IS SO ORDERED this 1st day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1