FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 09 2011
JAMES W. McCORMACK, CLERK
By:‗‗‗‗‗‗‗‗
DEP CLERK

In the United States District Court
Eastern District of Arkansas
Pine Bluff Division

Eddie Briley, Jr            Plaintiff

Case No. 5:10 CV 00182

Tyra Tyler, et al.            Defendants'

## Plaintiff's prepared 1st set of Interrogatory(s) for Defendant Tyra Tyler.

Come Plaintiff Eddie Briley, Jr and for my 1st set of interrogatory(s) to defendant Tyra Tyler, respectfully states the following:

Interrogatory 1: Please state your jail title and the duties you perform at the County Jail, and state how long you've held your current title an position at the Jail.

Interrogatory 2: How exactly long have you being employeed with the Sheriff Department and how long exactly have you being on the W.C "Dub" Brassell Detention Center staff.

Interrogatory 3: Do you know the title, position and duties Edward Adams hold and perform, if so please explain.

Interrogatory 4: Are you involved in any Administrative investigations in the Jail that involve employees' misconduct in anyway if so explain.

Interrogatory 5: Is there a designated area other then maincontral to monitor the video cameras' positioned in the 8 man cells, day area(s) rec. yards, open barracks, halls and exit and entrence to the building.

Interrogatory 6: Do you know the precise number of video cameras', monitiors' and recording equipment the jail have in all.

Interrogatory 7: How often do the Sheriff Department/Detention Staff review the video recordings of the Jail.

Interrogatory 8: Is it correct that the County Jail population visit by the use of a monitior thats stationed in every single pod, and isn't it correct that security monitior the visits. And the visitation monitiors' are automatically set to go off at the prescribed 10 minute visit time.

Interrogatory 9: How many times a year do the County Jail have there video cameras', monitiors', visitation monitiors and recording equipment serviced.

Interrogatory 10: Could you provide the procedure thats taken if theres a allegation of excessive force by a detainer.

Interrogatory 11: Are you in agreement

with the Detentions use of force for non compliance to direct orders that if not complied with ~~ordered~~ don't pose no threat to the order of the ~~intitution~~ intitution, and did you give the order to remove all bedding on 6-18+ 28 of 2010.

Interrogatory 12: I've actually being the recipient of the unnessary use of force on several occassions which on 2 occasion it was over my refusal to give my bedding up to staff to be washed, you do recall the incidents, right, if so could you explian why there wasn't no internal investigation.

Interrogatory 13: Can you provide a exact count as to how many incident reports that being written on the use of force if not then give a estimate.

Interrogatory 14: Did Deputy Bunting and Johnson prepared use of force/incident reports legitimately warrant force accordingly to policy.

~~Interrogatory 15:~~ Have you ever lead an investigation against any Detention employee ever. ~~████~~ Do you declare under penalty of perjury (18 U.S.C 162) that all your answer/responses are true and correct.

Request for Production 1: Please produce the Detention video cameras, monitiors,

Visitation monitior and recording equipment service records for the past 2 years.

    Production request 2: Please Produce the maincontrol service records for the past 2 years.

    Production request 3: Please produce the May 28, 2010 Medical/nurse assessment report.

    Production request 4: Please produce the May 8, 2010 medical/nurse assessment report.

    Production request 5: Produce all the grievances filed on the May 28, 2010 and May 8, 2010 incident of use of force.

    Production request 6: Please produce all the sheriff office Jail policies.

Respectfully

Eldie B——
Grimes unit