In the U.S. District Court
Eastern District of Arkansas
Pine Bluff Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 14 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Eddie Briley, Jr                                    Plaintiff
v       Case no. 5:10cv00182
Tyra Tyler, et al                                   Defendants

### Request for Admission

Come now Plaintiff Eddie Briley, Jr, who request that the defendants admit or deny the following:

1. May 08, 2010 Gary Bunting did use force on me.

2. Gary Bunting on May 8, 2010 did choke me an slam me to the floor and drag me.

3. Plaintiff on May 8, 2010 had a du-rag on.

4. There was a internal investigation into this May 8, 2010, which Pod video footage was reviewed by Ed Adams.

5. That the whole May 8, 2010 incident was recorded.

6. That there are multiple video cameras' stationed throughout the Jail Barracks/Pods halls, etc.

7. That these video cameras do in fact record automatically.

8. That there were numerous grievances written on the May 8, 2010.

9. That each of the 5-8-10 grievances

were responded with acknowledge that their was an on going investigation.

10. That (3) three of the grievances acknowledged that Deputy Bunting had been reprimended for his May 8, 2010 actions.

11. Gary Bunting and Sharell Deberry both used mace on May 8, 2010.

12. That Deputy Roams, Jones and Cpl. Ford-Scott were involved in the use of force of 5-8-10.

13. That Deputy Bunting had used force prior to radioing for assistance.

14. That there was no penological need for Gary Bunting use of force.

15. That Misdaminor I pod is a open Barracks consisting of 50 detainers.

16. Ketesha Johnson on May 28, 2010 used force on the plaintiff by spraying chemical agents into his cell, through the food hole.

17. That K. Johnson put plaintiff's food tray on the floor an shut the cell door May 28, 2010.

18. That on May 28, 2010 K. Johnson used her chemical agents' before radioing for assistance.

19. That K. Johnson was reprimanded for the May 28, 2010 excessive use of force.

June 9, 2011  Eddie Brown Jr #116021