FILED
U.S. DISTRICT CO.
EASTERN DISTRICT ARKANSAS

AUG 02 2011

JAMES W. McCORMA... CLERK
By:_____ DEP CLERK

## EXHIBITS LIST FOR HEARING 09/13/11
## DUE DATE 08/15/11
## FILED BY PLAINTIFF

1. Detainee Grievances dated 5-24-10, 5-24-10, 5-19-10, 6-3-10, 6-8, 2010, 6-9-10, 6-10-10
2. Katisha Johnson, 5-28-10 use of force Report
3. Gary Bunting, 5-8-10 use of force report
4. Jefferson County Jail Policy, on use of Chemical Agents
5. Jefferson County Jail Policy, on use of force, non-Deadly
6. Jefferson County Jail Detainee HandBook
7. Detention Officer's Shift report for 5-8-10, Completed by Bunting
8. Defendants Admissions
9. 
10.