In the United States District Court

Eastern District of Arkansas

Pine Bluff Division

Eddie Briley, Jr. .................................... Plaintiff

Case no. 5:10 cv 182

Major Tyler, et al. .................................. Defendants

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 27 2011
JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

"Objections"

The Plaintiff object to the Magistrator recommandations to ~~dereaw plantiffs~~ relieve the defendants from being sued in their official capacities because the plaintiff offered an ~~afficadit~~ affidavit; the plaintiff present two (2) detainee Disciplinary report(s) both dated for May 2, 2009, and two (2) Detainee Grievance(s), Exhibit A-D. The Disciplinary(s) is proof to show that force is used against Detention detainers for not following orders, and the two (2) detainee Grievance(s) is based on two (2) seperate incidents were force was used because the plaintiff refused to have his blanket and sheet washed, neither incident was there a threat being posed but nevertheless force was administrated as stated in this complaint. It is the practice (ie custom) of the jail to use force when a detainer question or refuses a order, which there is never a threat being posed by sitting and requesting to see the Shift supervisor or for refusing to ~~~~ relinquish bedding. Plaintiff monetary relief against the defendants in the official capacities ~~compas~~ should stand, and defendants Adams and Tyler should remain liable because their inactions was deliberate indiferance toward the violations. They're inactions caused the violations.

Respectfully

Eddie Briley #116921

# Detainee Disciplinary Report

**Detainee's Name:** Eddie Bailey

**SO#:** _[illegible]_

**Cell Pod & Number:** _[illegible]_

**Name of officer filing charges:** David Scott

**Title or Rank:** Corporal

☐ Minor
☒ Major

**Rule Violation(s):** Underdeveloped(?) / [illegible]

**Date and Time:** 5/02/09 - 6:50 a.m.

**Notice of Charges:** About 6:50 a.m. On May 2, 2009 Detainee Eddie Bailey was angry about his sleeping arrangements and said he wasn't going back into his cell until he see the Sgt. on. Detainee Eddie Bailey talked on the phone during chow. I gave all other guys to give were their on that time to feed top not to eat and go back inside the cell. Detainee Bailey has asked several times to go to his cell. Chow has ended and he must bring out the pattern level for chow. Detainee Bailey wanted to argue and grip. I asked Detainee Bailey to get inside his cell, to leave.

This information is true and correct to the best of my knowledge.

**Signature of Charging Officer / Date:** Cpl. David Scott 5/2/09

---

**Chief Security Officer's Review**

_____ Reduced   _____ Dismissed   _____ Concur

**Chief Security Officer's Signature / Date**

**Witness Statements**  _____ No   _____ Yes

If "yes" list witnesses _____

**Detainee's Signature / Date**

3/2/09

I Corporal Scott gave Detainee Eddie Briley a direct order to head to his cell. Briley cell mates were even asking him to come up before he get sprayed. Briley replyed he aint fucking about being sprayed. Briley continued to sit, and refuse to move up. I called for backup assistance. I gave Detainee Briley a final direct order. Briley still refused. Therefore I sprayed a one second burst of pepper spray towards the face of detainee Eddie Briley. Because the detainee would not comply with orders. Deputy Nelson showered Detainee Briley clothed him and walked him to his cell. With know other incidents occuring. Sign Corporal Scott

Exhibit B

## Detainee Disciplinary Report

Bailey Eddie
**Detainee's Name**

_____
**SO#**

F-C-202
**Cell Pod & Number**

Gary McNeill
**Name of officer filing charges**

Deputy
**Title or Rank**

☐ Minor

▨ Major

[redacted]
**Rule Violation(s)**

2 May 2005
**Date and Time**

**Notice of Charges** On 2 May 2009 at 650 hours, Detainee Eddie Bailey asked me at breakfast to see someone in authority LT. or CPT. I informed him that I would get CPL. Ford when she brought chow. CPL. Ford brought chow and tried to talk to Eddie Bailey. CPL. Ford informed Eddie Bailey that she was in charge, and told Eddie Bailey to get up and go to his cell numerous times. Also his cell mates were calling out to him to get up and come on to his cell, in which Eddie Bailey refused and kept talking loud and not obeying CPL. Ford orders. At that time she give him one burst of spray and called for Sgt. Baker. Sgt. Baker came and talked to Eddie Bailey after giving him a shower. Deputy Nelson went and got Bailey clean towel and jumpsuit. Sgt. Baker escorted Bailey to his cell without further incident.

This information is true and correct to the best of my knowledge.

Gary McNeill 2 May 2009
**Signature of Charging Officer / Date**

**Chief Security Officer's Review**

_____ Reduced    ✗ Dismissed    _____ Concur

Dismiss
No Rule Violation

_____
**Chief Security Officer's Signature / Date**

**Witness Statements** ___ No ___ Yes

If "yes" list witnesses _____

**Post-it® Fax Note** 7671 | Date 10/4 | # of pages 1
To: Major Tyler | From: Michelle
Co./Dept.: | Co.:
Phone #: | Phone #:
Fax #: | Fax #:

**Detainee's Signature / Date**

Exhibit C

# MAJOR TYLER

## DETAINEE GRIEVANCE/CARE REQUEST FORM

Eddie Briley          June 18, 2010
Detainee's Name                    Date

C-105
POD                    DOB

### NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

### NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

I was threatened, brutally pushed to the wall, slammed to the floor, maliciously handcuffed by Deputy Williams, Roberts for refusing to have my blanket an sheet washed. Cpl. Adams, Roberts, Williams, Brooks stated that Major Tyler ordered to take everybody bedding which Williams tried to snatch my blanket while I was in bed. He was not successful so him and Roberts grabed an pulled my mattress to the floor while I was ~~a~~ laying on it. I got up an went off cuz my head hit the steel bed frame which I was then manhandled by the two. My wrists was swollen, bleeding from the handcuffs being to tight, And I was left without bedding for atleast 5 hours as a result. → An Knott was left on my head

I want a thorough investigation conducted into this mis-use of force – brutallity. Which I want these officers Reprimended for there volent actions.

_Eddie Briley_
Detainee's Signature

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

6/21/10 Your bedding was returned after it was washed. You however did not comply with the verbal commands and also you were in violation of having too many sheets and

# DETAINEE GRIEVANCE/CARE REQUEST FORM

Eddie Bailey
**Detainee's Name**

June 30, 2010
**Date**

Booking
**Cell Number, Barrack's Number**

**Time**

## NOTICE

It is the intention of Jefferson County to operate this jail in a constitutional manner, providing a safe, sanitary, and orderly living environment for jail detainees, visitors, and staff. It is the responsibility of each detainee to inform the jail staff of any request for care and/or of any grievance concerning any conduct or condition.

## NATURE OF GRIEVANCE OR CARE REQUEST

Please explain below the nature of your request/grievance in plain language. All requests/grievances are taken seriously and are dealt with in a reasonable and timely manner. Please do not use more than the space provided at the bottom of this form.

I was choked, maced, head pushed to the wall an maliciously handcuffed by Deputy Murray, Williams, Roberts for refusing to get out my bed an give my linen up to be washed. Which this exact incident happened on 6-18-10. These Deputies excusively used forced to remove my bed linen from me, which made me be confined to a single man cell with a plastic-naked mattress to sleep on. Major Tylor gave these deputies the order to forcely remove all linens, which she knew was wrong, as they know was wrong and against jail policy. Jail administrator Chef Bolin, Captain Adams and Garald Roberson, Sheriff was notified in which all 3 informed that there was no wrong done by either Tylor or the Deputies.

Eddie Bailey
**Detainee's Signature**

**DO NOT WRITE ON BACK. DO NOT FOLD THIS DOCUMENT. DO NOT PLACE IN ENVELOPE.**

Personal file
District Court
Sheriff Roberson

DBO: You was given a direct order and you refused to obey

7/1/10