## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

EDDIE BRILEY, JR.,
ADC #116921  PLAINTIFF

v.  5:10-cv-00182-JMM-JTK

MAJOR TYLER, et al.  DEFENDANTS

### ORDER

The Court has determined that counsel shall be appointed to represent the Plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, John Andrew Ellis, P.O. Box 798, Bryant, AR 72089-0798, 501-847-3031, is hereby appointed to represent Plaintiff Eddie Briley, Jr., in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 27th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.

1