IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY, JR.**                                                                                      **PLAINTIFF**

VS.                                    CASE NO. 5:10CV000182 JMM

**TYRA TYLER, ET AL.**                                                                            **DEFENDANTS**

### ORDER

The Joint Motion to Dismiss With Prejudice is granted (#50).   Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this   6   day of March, 2012.


_____
James M. Moody
United States District Judge